IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN J. NICHOLSON,

    Plaintiff,

vs.    Case No. 1:19-cv-00446-KWR-KK

UNKNOWN HEIRS, DEVISEES, AND LEGATEES OF
ANGELO GULINO, DECEASED, VINCENT GULINO
AND CORRINE GULINO,

    Defendants.

## ORDER SUBSTITUTING PARTY DEFENDANT AND AMENDING CAPTION

**THIS MATTER** having come before the Court on the Motion of Plaintiff, John J. Nicholson, by and through its counsel, Rose L. Brand & Associates, P.C. (Elizabeth Dranttel), and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendants Unknown Heirs, Devisees, and Legatees of Angelo Gulino, deceased, Vincent Gulino and Corrine Gulino, **SHALL BE SUBSTITUTED** as party defendant in lieu of Defendant, Angelo Gulino a/k/a Angelo V. Gulino.

**IT IS FURTHER ORDERED** that Plaintiff proceed with service of pleadings and Suggestion of Death in compliance with Rule 4.

**IT IS FURTHER ORDERED** that all future pleadings shall be captioned in this case as set forth above.

**IT IS FURTHER ORDERED** that, due to the substitution of Defendant, Angelo Gulino a/k/a Angelo V. Gulino as Defendant in this matter, his counsel of record, Thomas C. Prettyman, **SHALL BE DISMISSED** as an attorney of record in these proceedings.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**

**SUBMITTED AND APPROVED BY:**

ROSE L. BRAND & ASSOCIATES, P.C.

By___*/s/Elizabeth Dranttel*_____
   ELIZABETH DRANTTEL
   Attorneys for Plaintiff
   7430 Washington Street, NE
   Albuquerque, NM 87109
   Telephone:  (505) 833-3036
   Facsimile:  (505) 833-3040
   E-mail:  elizabeth.dranttel@roselbrand.com


NEW MEXICO LEGAL AID, INC.


*Approval obtained on February 14, 2022*
EVAN CROCKER
PO Box 25486
Albuquerque, NM 87125
Telephone: (505) 545-8540
EvanC@nmlegalaid.org