IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN J. NICHOLSON,

    Plaintiff,

vs.                                                    No. 1:19-cv-00446-KWR-KK

UNKNOWN HEIRS, DEVISEES, AND LEGATEES OF
ANGELO GULINO, DECEASED, VINCENT GULINO
AND CORRINE GULINO,

    Defendants.

## ORDER FOR SERVICE BY POSTING AND PUBLICATION

**THIS MATTER** came before the Court upon the Amended Motion for Service by Posting and Publication (**Doc. 105**) filed on **May 5, 2022** by Plaintiff, John J. Nicholson, by and through his attorneys, Rose L. Brand & Associates, P.C. (Elizabeth Dranttel), requesting that the Court approve service upon Defendant Corrine Gulino by publication in a newspaper of general circulation in Santa Fe County, New Mexico under the New Mexico Rules of Civil Procedure Rule 1-004J, and by posting the Notice at 17 Caminito del Angel, Tesuque, NM 87574.

**THE COURT HEREBY FINDS** that Plaintiff has made diligent efforts to effect service of process upon Defendant Corrine Gulino but has been unable to effect service of process upon said Defendant. The last known address of Defendant Corrine Gulino was 17 Caminito del Angel, Tesuque, New Mexico, 87574.

**THE COURT FURTHER FINDS** that the newspaper of general circulation in Santa Fe County, New Mexico is *The Albuquerque Journal*, and that it is this newspaper that is most likely to give Defendant Corrine Gulino notice of the pendency of this action.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff serve process on Defendant Corrine Gulino by publication once a week for three consecutive weeks in *The Albuquerque*

Case 1:19-cv-00446-KWR-KK   Document 108   Filed 05/05/22   Page 2 of 2

-2-

*Journal.*

**IT IS FURTHER ORDERED** that Plaintiff shall file a proof of service with a copy of the affidavit of publication when publication has been completed.

**IT IS FURTHER ORDERED** that Plaintiff request to also complete Service of Process by Posting at the subject property is herein granted and Plaintiff shall be permitted to serve Defendant by posting the Notice of Suit, at the address of 17 Caminito del Angel, Tesuque, NM 87574, followed by first-class mailing to property address.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**


**SUBMITTED BY:**
ROSE L. BRAND & ASSOCIATES, P.C.


By __/s/Elizabeth Dranttel e-signed_____
  ELIZABETH DRANTTEL
  Attorneys for Plaintiff
  7430 Washington Street, NE
  Albuquerque, NM 87109
  Telephone: (505) 833-3036
  Facsimile: (505) 833-3040
  E-mail: Elizabeth.Dranttel@roselbrand.com