## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JOHN J. NICHOLSON,

      Plaintiffs,

vs.                                                    No. 1:19-cv-00446-KWR-KK

UNKNOWN HEIRS, DEVISEES, AND LEGATEES,
*On behalf of Angelo Gulino, Deceased*,
*VINCENT GULINO, and*
*CORRINE GULINO,*

      Defendants.

## ORDER FOR SUPPLEMENTAL BRIEFING

**THIS MATTER** comes before the Court upon Plaintiff's Motion Default Judgment and Motion for Award of Amounts and Appointment of Special Master. Docs. 117, 122.

The Plaintiff proposes a one-month period for redemption. It appears that generally, the statutory redemption period is nine months, but may be shortened to one month upon the agreement of the parties. *See, e.g.,* NMSA § 39-5-18(A)(1) (nine-month redemption period); NMSA § 39-5-19 (redemption period may be shortened upon agreement of parties). Plaintiff should point to the statutory authority for the Court to set a one-month redemption period, or alternatively, point to where the parties agreed to a one-month redemption period. Plaintiff should file a supplemental brief addressing this issue **within fourteen (14) days of the entry of this order.**

      **IT IS SO ORDERED.**

                                                          **KEA W. RIGGS**
                                                          **UNITED STATES DISTRICT JUDGE**